# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WESLEY M. POLLARD, SR.,** | : | |
| | : | |
| Petitioner | : | |
| | : | CIVIL ACTION NO. 3:17-CV-1165 |
| v. | : | |
| | : | (Judge Caputo) |
| **TAMMY FERGUSON,** | : | |
| | : | |
| Respondent | : | |

## O R D E R

**AND NOW**, this **19th** day of **JUNE 2019**, upon consideration of Mr. Pollard's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and the parties' briefs, based on the accompanying Memorandum, it is **ORDERED** that:

1. The Petition (ECF No. 1) for a writ of habeas corpus filed under 28 U.S.C. § 2254 is **DISMISSED** as time-barred.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court shall **CLOSE** this case.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**